UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

EDDIE SCOTT,

    Plaintiff,

v.                                              Case No. 5:24-cv-139-TJC-PRL

CRYSTAL BLANTON, Detective
and CITY OF OCALA, FLORIDA,

    Defendants.

_____

**O R D E R**

    This case is before the Court on the Amended Complaint and Motion to Proceed In Forma Pauperis. Docs. 2, 9. On May 1, 2024, the assigned United States Magistrate Judge issued a Report and Recommendation recommending denying the motion and dismissing the case without prejudice for failure to state a claim on which relief can be granted and under the Younger abstention doctrine. * Doc. 10. Plaintiff filed Objections to the Report and Recommendation. Docs. 11, 12. Upon de novo review of the file and for the reasons stated in the Report and Recommendation, Doc. 10, it is hereby

---

    *See Younger v. Harris, 401 U.S. 37 (1971). Under the Younger abstention doctrine, a federal court may not interfere with or enjoin a criminal prosecution, a civil proceeding akin to a criminal prosecution, or a civil proceeding involving orders "uniquely in furtherance of the state [court's] ability to perform [its] judicial function." Sprint Commc'ns, Inc. v. Jacobs, 571 U.S. 69, 72–73 (2013).

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge, Doc. 10, is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Objections to the Report and Recommendation, Docs. 11, 12, are **OVERRULED**.

3. The Motion to Proceed In Forma Pauperis, Doc. 2, is **DENIED**.

4. This case is **DISMISSED without prejudice** for failure to state a claim on which relief can be granted and under the Younger abstention doctrine.

5. The clerk is **DIRECTED** to terminate any pending deadlines and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, the 13th day of May, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

vng

Copies to:

The Honorable Philip R. Lammens
United States Magistrate Judge

Eddie Scott
3617 NE 24th Court
Ocala, FL 34479